THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Lashone Tremel Bailey, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-453
 Submitted July, 7, 2004  Filed August 26, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate 
 Defense, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Lashone Tremel Bailey appeals 
 his conviction for armed robbery.  Bailey argues the trial judge erred in accepting 
 his guilty plea because the plea failed to comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  Baileys counsel attached 
 to the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  Bailey did not file a separate 
 pro se brief.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Baileys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.